## Personal Earning Statement

| Company | Employee | Pay Period |
|---|---|---|
| Achievements ABA Therapy GA LLC | Brittany Wall - 83738 | 10/01/2024 - 10/15/2024 |
| 730 Peachtree Street NE #570 | XXX-XX-5197 | Pay Date: 10/25/2024 |
| ATLANTA, GA  30308 | 518 Lake Harbor Trl | Voucher Number: 902 |
| 877 733 7033 | Martin, GA  30557 | |

### Earnings

| Earnings | Job | Date | Rate | Hours | Amount | Year-To-Date |
|---|---|---|---|---|---|---|
| Regular | | | $30.00 | 4.00 | $120.00 | $12,358.48 |
| Regular | | | $30.00 | 4.00 | $120.00 | $12,358.48 |
| Regular | | | $30.00 | 4.00 | $120.00 | $12,358.48 |
| **Total Gross** | | | | **12.00** | **$360.00** | **12,753.48** |

### Taxes

| Tax | Exemptions | Amount | Year-To-Date |
|---|---|---|---|
| Social Security Employee | | $22.32 | $790.71 |
| Medicare | | $5.22 | $184.92 |
| Federal Withholding | Head of Household - 4,000 | $- | $- |
| GA State Withholding | Head of Household Zero - 0 | $- | $232.35 |
| **Total Taxes** | | **$27.54** | **1,207.98** |

### Direct Deposits

| Account | Amount |
|---|---|
| Navy Federal | $332.46 |
| **Total Direct Deposits** | **$332.46** |

**Notes:**

| | |
|---|---|
| **Current Net Total** | $332.46 |
| **Year-To-Date Net Total** | $11,545.50 |


Powered By fingercheck

| Empl# | SS# | Department | Clock No. | Pay Type |
|---|---|---|---|---|
| 3755797 | XXX-XX-5197 | BT | | Hourly |

B0S-001

## Personal Earning Statement

Period Begins: 11/03/2024
Period Ends: 11/16/2024
Pay Date: 11/29/2024
Voucher No.: 3788

**BRITTANY N WALL**
518 Lake Harbor Trl
Martin, GA  30557

**BRIGHTER STRIDES ABA GA LLC**
715 PEACHTREE ST NE
ATLANTA, GA, 30308

| Earnings | CC1 Code | Hours | Rate | Amount | YTDHrs | YTDAmt |
|---|---|---|---|---|---|---|
| Hourly | 1 | 58.50 | 32.00 | 1,872.00 | 58.50 | 1,872.00 |
| **Total Gross Pay** | | **58.50** | | **1,872.00** | **58.50** | **1,872.00** |

| Taxes | Exemptions | | Amount | Year-To-Date |
|---|---|---|---|---|
| Social Sec. | | | 116.06 | 116.06 |
| Medicare | | | 27.14 | 27.14 |
| Federal | Single | | | |
| GA State | D Table - 4 | | 42.85 | 42.85 |
| | **Total Taxes** | | **186.05** | **186.05** |

| Direct Deposits | ABA No. | Account No. | Amount |
|---|---|---|---|
| | XXXXX4974 | XXXXXX1079 | 1,685.95 |
| | **Total Direct Deposit** | | **1,685.95** |

**Net Pay**    **1,685.95**

**THIS IS NOT A CHECK**

B0S-001

**BRIGHTER STRIDES ABA GA LLC**

715 PEACHTREE ST NE
ATLANTA, GA, 30308

3755797    BT            3788              DD

**BRITTANY N WALL**
518 Lake Harbor Trl
Martin, GA  30557